FILED

2023 AUG -4 AM 9: 46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF<br>V.<br>BEVERLY,   Jasmine   Dakota<br>DEFENDANT | CASE NUMBER:<br>5:23-cr-00131-MCS<br><br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 08/0/2023    12:15 pm    [✓] AM  [✓] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  [ ] Yes  [✓] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  [✓] Yes  [ ] No

4. Charges under which defendant has been booked:

   18 USC 1956 (2 counts)                           Human Sex Trafficking of a Minor

5. Offense charged is a:  [✓] Felony  [✓] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required:  [✓] No  [ ] Yes   Language: _____

7. Year of Birth: 1998

8. Defendant has retained counsel:  [✓] No
   [ ] Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Anthony Negrelli              (please print)

12. Office Phone Number: 909 841 4000        13. Agency: Homeland Security Investigations

14. Signature: _[signature]_             15. Date: 08/04/2023

CR-64 (2/14)                    REPORT COMMENCING CRIMINAL ACTION