E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office
TRITIA L. YUEN (Cal. Bar No. 255468)
Assistant United States Attorney
Riverside Branch Office
    3403 Tenth Street, Suite 200
    Riverside, CA 92501
    Telephone: (951) 276-6222
    Facsimile: (951) 276-6202
    E-mail:   tritia.yuen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. ED CR 23-00131-MCS-2 |
|---|---|
| Plaintiff, | JOINT DISCOVERY STATEMENT FOR DEFENDANT JASMINE DAKOTA BEVERLY |
| v. | |
| JI RYANG CHAE, and JASMINE DAKOTA BEVERLY, | TRIAL DATE: 9/26/23<br>TRIAL TIME: 8:30 a.m.<br>LOCATION:   Courtroom of the Hon. Mark C. Scarsi, 7C |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Tritia L. Yuen, and defendant Jasmine Dakota Beverly ("defendant"), by and through her counsel of record, Oliver Cleary, hereby respectfully submit a joint discovery statement for defendant Jasmine Dakota Beverly, as required by the Court's Initial Standing Order for Criminal Cases Assigned to Judge Mark C. Scarsi.

**A. Status of Discovery**

1. On August 4, 2023, the government provided to defense counsel a draft stipulation for protective order in this matter. The government believes that a protective order is needed given the personal identifying information, reference to minor victims' family members, and cooperating witness information. On August 16, 2023, the parties conferred regarding the stipulation for protective order and expect to file the stipulation for protective order soon.

2. On August 4, 2023, the government produced its initial discovery to defendant, which it believes do not require a protective order, consisting of approximately 470 pages documents, including law enforcement reports, and two spreadsheets. The government anticipates producing additional discovery once a protective order is in place. On or about August 16, 2023, counsel for the government and defense met and conferred telephonically on this matter. Defense counsel indicated he was still reviewing the proposed stipulation for a protective order. If this matter proceeds to trial, and to the extent additional discoverable materials are obtained by the government, the government will produce such materials to defendant in accordance with the government's continuing discovery obligations, established law, and the Court's order.

**B. Discovery Disputes**

3. At this time, there are no contested matters of discovery and inspection. The parties reserve the right to raise discovery issues with the Court if they arise at a later date.

**C.  Contemplated Motions**

4. At this time, the parties do not anticipate filing any pretrial motions. The parties reserve the right to file additional motions to be heard at the motion hearing date if the need arises.

**D.  Current Trial Date**

5. Counsel anticipate a trial continuance, but the parties have not yet reached an agreement on a date to continue the trial.

**E.  Contemplated Trial Length**

6. The parties anticipate a trial in this matter (voir dire through closing arguments) will last approximately seven to eight days).

Dated: August 17, 2023               Respectfully submitted,

                                     E. MARTIN ESTRADA
                                     United States Attorney

                                     MACK E, JENKINS
                                     Assistant United States Attorney
                                     Chief, Criminal Division

                                     SEAN D. PETERSON
                                     Assistant United States Attorney
                                     Chief, Riverside Branch Office


                                      /S/ *Tritia L. Yuen*
                                     TRITIA L. YUEN
                                     Assistant United States Attorney
                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

                                     */s/ via e-mail authorization*
                                     OLIVER CLEARY
                                     Attorney for Defendant
                                     JASMINE DAKOTA BEVERLY